UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 23-60470-CIV-MARTINEZ-BECERRA**

OSMEL GOMEZ; and YAMILA TAMAYO,

    Plaintiff,

v.

RIGAM BALLEGGI S.R.L.,

    Defendant.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

**THIS CAUSE** came before the Court on a sua sponte review of the record. On December 15, 2023, this Court granted law firm Clarke Silverglate, P.A. and its attorneys Spencer H. Silverglate and Raul A. Alvarez's Unopposed Motion to Withdraw Attorneys for Defendant, (ECF No. 11). (ECF No. 12.) By that Order, Defendant, a foreign corporation, was directed to retain new counsel and file a notice of appearance on or before January 13, 2024. (*Id.*) To date, Defendant has failed to obtain new counsel as instructed, or otherwise respond to this Court's Order. Moreover, a corporation must be represented by counsel and cannot proceed pro se. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

    Therefore, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Clerk of Court shall file an Entry of Default against Defendant.

    2.    Plaintiff shall immediately send a copy of this Order to Defendant.

    3.    The Clerk of Court is **DIRECTED** to mark this case as **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 31st day of January, 2024.

                                                                         JOSE E. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All counsel of record